# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| RANDI HANDWERK, on behalf of himself individually and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BAYER CROPSCIENCE LP, et al,<br><br>Defendants. | Case No. 0:21-cv-00351-MJD-TNL |
| DAN FLATEN, on behalf of himself individually and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BAYER CROPSCIENCE LP, et al,<br><br>Defendants. | Case No. 0:21-cv-00404-MJD-TNL |
| LEON PFAFF, on behalf of himself individually and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BAYER CROPSCIENCE LP, et al,<br><br>Defendants. | Case No. 0:21-cv-00462-MJD-TNL |

| | |
|---|---|
| B. CARLSON, on behalf of himself individually and all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>BAYER CROPSCIENCE LP, et al,<br><br>　　　　　Defendants. | Case No. 0:21-cv-00475-MJD-TNL |
| RYAN BROS., INC., on behalf of themselves and all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>BAYER CROPSCIENCE LP, et al,<br><br>　　　　　Defendants. | Case No. 0:21-cv-00433-MJD-TNL |
| EAGLE LAKE FARMS PARTNERSHIP, on behalf of itself individually and all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>BAYER CROPSCIENCE LP, et al,<br><br>　　　　　Defendants. | Case No. 0:21-cv-00543-MJD-TNL |

## RULE 7.1 CORPORATE DISCLOSURE OF
## DEFENDANT GROWMARK FS, LLC

In accordance with Federal Rule of Civil Procedure 7.1, Defendant GROWMARK FS, LLC states that it is a wholly owned subsidiary of GROWMARK, Inc. No publicly held corporation owns 10% or more of GROWMARK FS, LLC's stock.

Dated:  March 3, 2021

*/s/ F. Matthew Ralph*
Michael A. Lindsay (MN Lic. #0163466)
F. Matthew Ralph (MN Lic. #0323202)
Jaime Stilson (MN Lic. #0392913)
DORSEY & WHITNEY LLP
50 South Sixth Street Suite 1500
Minneapolis, MN  55402-1498
Telephone: (612) 340-2600
lindsay.michael@dorsey.com
ralph.matthew@dorsey.com
stilson.jaime@dorsey.com

*Counsel for GROWMARK, Inc.; GROWMARK FS, LLC*